IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **DANIEL J. AUBEL,** | : | Case No. **23-21446-CMB** |
| *Debtor* | : | |
| | : | Related to Doc. No. 9 |
| **DANIEL J. AUBEL,** | : | |
| *Movant,* | : | |
| vs | : | |
| **NO RESPONDENTS,** | : | |
| *Respondents* | : | |

**SUPPLEMENT TO DEBTOR'S APPLICATION TO PAY FILING FEE IN INSTALLMENTS**

AND NOW comes the Debtor, DANIEL J. AUBEL, by and through the Debtor's Attorney, MICHAEL S. GEISLER, ESQUIRE, and file this Supplement, of which the following is a statement:

1. The Debtor filed a Chapter 13 Petition on 7/3/2023.

2. The Debtor filed an Application to Pay Filing Fee in Installments, asking to pay the filing fee by 8/3/2023.

3. The Debtor paid her counsel the sum of $1,100.00 as a retainer prior to the filing.

4. The Debtor has no additional funds to pay the filing fee until 8/1/2023.

5. The retainer is not excessive and is less than the no look fee.

6. The retainer will be exhausted within the first month. After that it may be several more months before the Trustee begins distribution and any further fees are paid to the Debtor's counsel.

WHEREFORE, the Debtor reports to the Court.

DATED: 7/14/2023

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **DANIEL J. AUBEL,** | : | Case No. **23-21446-CMB** |
| *Debtor* | : | |
| | : | Related to Doc. No. 9 |
| **DANIEL J. AUBEL,** | : | |
| *Movant,* | : | |
| vs | : | |
| **NO RESPONDENTS,** | : | |
| *Respondents* | : | |

## CERTIFICATE OF SERVICE OF SUPPLEMENT TO DEBTOR'S APPLICATION TO PAY FILING FEE IN INSTALLMENTS

    I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the within Supplement by electronic means:

RONDA J. WINNECOUR, TRUSTEE
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

DATED: 7/14/2023

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-Mail: m.s.geisler@att.net