**Form 209**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

21 – 4
dric

In re:

Bankruptcy Case No.: 23–21446–CMB

Chapter: 13
Hearing Date: 8/2/23 at 01:30 PM

**Daniel J. Aubel**
   Debtor(s)

## CERTIFICATE OF SERVICE

I, Michael S. Geisler, of ** 1100 Penn Center Blvd., #704 Pittsburgh, PA 15235

**CERTIFY:**

   That I am at least 18 years of age:

   That on the 24th day of July, 2023, I served a copy of the within Order Setting Date Certain *together with the Motion* filed in this proceeding, on:

     See attached pages.

**on the Respondent(s) in this proceeding, by (describe the mode of service):**

     First Class Mail, Postage Prepaid, unless otherwise indicated below.

**at the following address(es):**

     See attached pages.

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on 7/24/2023
     (Date)

/s/ Michael S. Geisler
     (Signature)

**\*\*Indicate Current Mailing Address**

RONDA J. WINNECOUR, TRUSTEE  (BY ECF SYSTEM)
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE  (BY ECF SYSTEM)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Borough of Avalon, County of Allegheny,
North Hills S.D. and West View Water Auth.
GRB Law, c/o Jeffrey R. Hunt, Esquire
525 William Penn Pl Suite 3110
Pittsburgh, PA 15219

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Carrington Mortgage Services, LLC
1600 South Douglass Road
Suites 110 and 200-A
Anaheim, CA 92806

Deutsche Bank, National Trust Company
1600 S. Douglass Road, Suite 200-A
Anaheim, CA 92806

Keri P. Ebeck, Esquire
Bernstein-Burkley
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Premier Bankcard, LLC
c/o Jefferson Capital Systems LLC Assignee
P.O. Box 7999
Saint Cloud Mn 56302-9617

Roberta L. Aubel
111 Marie Ave.
Avalon, PA 15202