IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **DANIEL J. AUBEL,** | : | Case No. **23-21446-CMB** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 12, |
| **DANIEL J. AUBEL,** | : | 13, 17 & 18 |
| *Movant,* | : | |
| vs | : | Filed under Section |
| **ROBERTA L. AUBEL, BOROUGH OF AVALON, COUNTY OF ALLEGHENY, CARRINGTON MORTGAGE SERVICES, LLC., DEUTSCHE BANK, NATIONAL TRUST COMPANY, FIRST PREMIER BANK, INTERNAL REVENUE SERVICE, NORTH HILLS S.D., PENNSYLVANIA DEPARTMENT OF REVENUE, PREMIER BANKCARD, LLC., and WEST VIEW WATER AUTH.,** | : : : : : : | 362(c)(3) of the Bankruptcy Code<br><br>Hearing Date: 8/2/2023 at 1:30 p.m. |
| *Respondents* | | |

## CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION TO EXTEND STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **7/8/2023** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **7/25/2023.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 7/27/2023

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net