IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Daniel J. Aubel**<br><br>Debtor<br><br>**Daniel J. Aubel**<br>Movant<br><br>v.<br><br>No Respondent | : : : : : : : : : : : : : : | Bankruptcy No. **23-21446-CMB**<br><br>Chapter **13**<br><br>Related to Document No. |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __**Michael S. Geisler, Esquire**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Michael S. Geisler, Esquire**
Signature
**Michael S. Geisler, Esquire**
Typed Name
**Attorney-at-Law**
**1100 Penn Center Blvd., #704**
**Pittsburgh, PA 15235**
Address
**(412) 613-2133 Fax:(412) 774-0575**
Phone No.
**Pa I.D. No. 39414 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Borough of Avalon
c/o GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

County of Allegheny
c/o GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219

Deutsche Bank, National Trust Company
1600 S. Douglass Road, Suite 200-A
Anaheim, CA 92806

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

KML Law Group
Suite 5000 - Mellon Independence Center
Philadelphia, PA 19106

Northgate SD
c/o GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219

Premier Bankcard, LLC
c/o Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617

West View Water Authority
c/o GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219