IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| **DANIEL J. AUBEL,** | : | Case No. **23-21446-JCM** |
| *Debtor* | : | |
| **DANIEL J. AUBEL,** | : | Related to Doc. No. 59 |
| *Movant,* | : | |
| vs | : | |
| **NO RESPONDENTS,** | : | |
| *Respondents* | : | |

# DEBTOR'S REPORT UNDER BANKRUPTCY RULE 1019

AND NOW comes the Debtor, DANIEL J. AUBEL., by and through his Attorney, MICHAEL S. GEISLER, ESQUIRE, and files this Rule 1019 Report as follows:

1. The Debtor has acquired no additional property since the filing of the case except: NONE.

2. The Debtor has incurred no additional debts since the filing of the case except: . NONE.

3. The Debtor has entered into or assumed no additional executory contracts since the filing of the case except: NONE.

I, DANIEL J. AUBEL**,** declare under penalty of perjury that I have read the attached Rule 1019 Report and that it is true and correct to the best of my knowledge, information and belief.

DATED: 4/8/2024

/s/ Daniel J. Aubel
_____
**DEBTOR**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| **DANIEL J. AUBEL,** | : | Case No. **23-21446-JCM** |
| *Debtor* | : | |
| **DANIEL J. AUBEL,** | : | Related to Doc. No. 59 |
| *Movant,* | : | |
| vs | : | |
| **NO RESPONDENTS,** | : | |
| *Respondents* | : | |

# CERTIFICATE OF SERVICE
# OF RULE 1019 REPORT

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the within Report, upon the following by electronic means:

OFFICE OF THE U.S. TRUSTEE
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

BRIAN P. CAVANAUGH, TRUISTEE
Turin, DeMatt & Cavanaugh, PC
115 North Main Street
Greensburg, PA 1560

/s/ Michael S. Geisler
_____

DATED: 4/8/2024          **MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele:  (412) 613-2133
Fax:   (412) 774-0575
E-Mail: m.s.geisler@att.net