**Date: 07/09/2024 01:30 pm**

**In re:** Daniel J. Aubel

**Bankruptcy No. 23-21446-CMB**
**Chapter: 7**
**Doc. #74**

**Appearances:** Joseph P. Schalk, Michael S. Geisler, Brian Cavanaugh, Daniel Aubel

**Nature of Proceeding:** #74 Motion of the United States Trustee to Dismiss for Cause Pursuant to 11 USC §707(a)

**Outcome:** Hearing held. Motion granted. Case is dismissed without prejudice.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
7/10/24 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA