# PROCEEDING MEMO

**Date: 07/09/2024 01:30 pm**

**In re:**  **Daniel J. Aubel**

**Bankruptcy No. 23-21446-CMB**
**Chapter: 7**
**Doc. #77**

**Appearances:  Joseph P. Schalk, Michael S. Geisler, Brian Cavanaugh, Daniel Aubel**

**Nature of Proceeding:  #77 Order to Show Cause Why Case Should Not be Dismissed for Debtor's Failure to Attend Scheduled Section 341 Meetings**

**Outcome: Hearing held. Matter is moot due to dismissal of the case. Matter concluded.**

Carlota Böhm
U.S. Bankruptcy Judge

FILED
7/10/24 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA